JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE BANEGAS,<br><br>               Plaintiff,<br>     vs.<br>CALIFORNIA INSTITUTION<br>FOR WOMEN, et al.,<br>               Defendants. | Case No. ED CV 12-2286 GAF (MRW)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: April 17, 2014

_____
HON. GARY A. FEESS
SENIOR UNITED STATES DISTRICT JUDGE